FILED 
APR 1 5 2008 aew
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN THE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| MIGUEL DELEON | ) | APR 1 5 2008 |
| Petitioner, | ) | |
| | ) | Case 08CV2143 |
| vs. | ) | JUDGE KENDALL |
| | ) | MAG. JUDGE KEYS |
| DONALD HULICK, Warden, | ) | |
| Respondent. | ) | |

### MOTION TO STAY/HOLD IN ABEYENCE
### HABEAS CORPUS PROCEEDINGS

Now comes, Miguel Deleon, the Petitioner, Pro se and respectfully asks this court to grant his Motion to Stay or Hold in Abeyence his Writ of Habeas Corpus proceedings.

In support thereof Petitioner states:

1) Along with the instant Motion Petitioner has filed a pro se Writ of Habeas Corpus Petition.

2) Pursuant to the time-limitation period in 28 US.C. Section §2244(1),(2) Petitioner filed his Habeas petition inter alia.

3) There exist additional meritorious constitutional claims which Petitioner intends to present in a state Post-Conviction Petition.

4) Due to Petitioner being resentenced on 9/08/04 it triggered the 3-year filing provision in 725 ILCS 5/122-2 anew.

5) It is long established that sentencing (in this case the new sentence) renders the judgment final at trial court level, thus a Post-conviction petition is an available remedy.

6) A federal Habeas Petitioner can request and receive a stay in the proceedings so that he can pursue a state Post Conviction Petition Parisi v. Cooper, 961 F.Supp. 1247 (N.D.Ill.1997).

7) This court has the discretionary authority to stay or hold in Abeyence the current petition.

8) Section 2254(b) require full exhaustive of a claim in the state court prior to seeking federal review Boerckel v. O'Sullivan 526 U.S. 838 (1999)

9) A Stay/Abeyence is warranted in this case where a collateral remedy is available for Petitioner.

10) The Respondent would not be prejudiced by any Stay or hold on the proceedings.

WHEREFORE, the Petitioner prays that this Honorable Court grant his Motion and Enter an Order to Stay and/or Hold the Writ of Habeas Corpus in Abeyence.

Respectfully Submitted by:

MIGUEL DELEON, pro se
Reg. No. K-69997
Menard Corr. Ctr.
P.O. Box 711
Menard, Illinois 62259-0711

DATE: APR/1/08