

Dear

Clerk of the United States District Court,
prisoner correspondent,

**FILED APR 21 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Hello 08C2143

My name is Miguel DeLeon #K69997 and enclosed you will find my Informa Pauperis Petition and Financial Affadavit.

I beg you to please forgive me for not including this when I sent my motion for Appointment of Counsel, Motion to stay/hold in Abeyence Habeas Corpus proceedings, petition for Writ of Habeas Corpus – person in state custody, memerandum of law in support of Habeas Corpus. I could not enclose my Pauperis petition with everything else because I had not yet recieved it from the Trust fund office, and I was worried that I would miss my Deadline. Please forgive me. I am sending it now, well within my time frame. Also please be advise that on 4/7/08 I sent all the motions and petitions I stated above along with 3 copies.

Thankyou for your time and patience
Sincerely and Respectfuly

Miguel DeLeon K69997