## CONCLUSION AND ORDER

For the reasons stated, the Court denies DeLeon's petition for writ of habeas corpus. Although DeLeon requests an evidentiary hearing in his petition, there are no grounds under 28 U.S.C. § 2254(e)(2) to support such a hearing and the Court denies that request as well. So ordered.

_____
Virginia M. Kendall
United States District Court Judge
Northern District of Illinois

Date: August 17, 2011